**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF ALABAMA**

In re
SHERRY LYNN PARRETT
WILLIAM BRAXTON PARRETT
       Debtor(s)

Case No: 11-32676-DHW
Chapter 13

---

**TRUSTEE'S SUMMARY OF CONFIRMED CHAPTER 13 PLAN**

---

The debtor's Chapter 13 case was filed on Friday, October 14, 2011. A summary of the plan or the final modification was transmitted to the creditors under Fed. R. Bankr. P. 3015. The Confirmation hearing for the debtor(s) plan was held on Monday, January 9, 2012, and on that date the Court ordered the plan confirmed.

Following is a Summary of the plan as confirmed by the Court.

1. Payments and Length of Plan:

    Amount of debtor(s) plan payments:

    **DEBTOR PAY SCHEDULE**

| DEBTOR NAME | PAYEE NAME | AMOUNT | FREQUENCY | START DATE |
|---|---|---|---|---|
| SHERRY LYNN PARRETT | SUNCREST HOME HEALTH OF ALABAM | 427.00 | BI-WEEKLY | 11/13/2011 |
| SHERRY LYNN PARRETT | SUNCREST HOME HEALTH OF ALABAM | 593.00 | BI-WEEKLY | 12/21/2011 |

    Period of payments: 60 months or until 100.00% is paid on allowed unsecured claims.

    Payable to:    Chapter 13 Trustee
                      P. O. Box 613108
                      MEMPHIS TN  38101-3108

2. Senior expenses and Administrative claims to be paid:

**ADMINISTRATIVE EXPENSES**

| | | |
|---|---|---|
| Debtor's Attorney | Attorney's Fee Allowed | $2,750.00 |
| Chapter 13 Trustee | Notice Fee @ $.50 per copy | $3.00 |
| Chapter 13 Trustee | Trustee Administrative Fee | $36.11 |
| Clerk of  Court | Filing Fee | $216.00 |

**SECURED, PRIORITY AND SPECIAL CLAIMS**

**Secured**

| Creditor | 910/365 | Collateral Value | Interest | Payment |
|---|---|---|---|---|
| AMERICREDIT FINANCIAL SERVICES INC | N | $10,700.00 | 5.00 % | $220.00 |
| FORD MOTOR CREDIT CO | N | $3,700.00 | 12.00 % | $86.00 |
| GECRB/BMBD | N | $4,000.00 | 5.00 % | $85.00 |
| SPRINGLEAF FINANCIAL SVC | N | $1,698.38 | 0.00 % | $15.00 |

In re
SHERRY LYNN PARRETT
WILLIAM BRAXTON PARRETT
       Debtor(s)

Case No: 11-32676-DHW<br>Chapter 13

3.   Payments on allowed unsecured claims (including undersecured claims) will be made after senior expenses and claims are paid.

Dated this Monday, February 6, 2012.

               /s/ *Curtis C. Reding.*
               Curtis C. Reding
               Chapter Thirteen Trustee

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing document on all parties in interest, by either electronic mail or by placing them in the United States Mail, postage prepaid, and properly addressed, this Monday, February 6, 2012.

               /s/ *Curtis C. Reding*
               Curtis C. Reding
               Chapter Thirteen Trustee